AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>OSVALDO BELLO VILLANUEVA, AND<br>ABRAHAN NOA<br><br>*Defendant(s)* | Case No. 1:19-MJ-268 |

FILED JUN 10 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 19, 2017** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029 | Defendants knowingly and voluntarily joined together with each other to use one or more counterfeit access devices, and did so by installing electronic devices at points-of-sale. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

SAUSA Steven T. Brantley/AUSA Nathaniel Smith, III

*Complainant's signature*

Gregory R. Settducati, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **June 10, 2019**

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

*Judge's signature*

City and state: **Alexandria, VA**     Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*